```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT BLUEFIELD
```

**RONNIE DEVON REDDEN,**

    **Plaintiff,**

**v.**                          **CIVIL ACTION NO. 1:05-01147**

**THOMAS MCBRIDE,**
**Warden,**

    **Defendant.**

## MEMORANDUM OPINION AND ORDER

In 2005, Redden filed an petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 1, 2006, the court dismissed his petition for a writ of habeas corpus. See ECF No. 9.  On April 3, 2020, Redden filed two "motion[s] to refile under newly discovered evidence."  See ECF Nos. 59 and 60.  On February 24, 2021, the court denied Redden's "motions to reopen this long-closed civil case and for the other relief requested." ECF No. 61.

Redden now asks the court to reconsider its order of February 24, 2021.  See ECF No. 62.  He argues that there is some ongoing state investigation that might affect the court's decision.  Redden's habeas petition was dismissed in 2006 because it was filed outside the applicable statute of limitations. Therefore, Redden's motion has nothing to do with the issues that prompted the court to dismiss this matter in 2006.  Accordingly, his motion for reconsideration is **DENIED.**

The Clerk is directed to send copies of this Memorandum Opinion and Order to counsel of record and unrepresented parties.

IT IS SO ORDERED this 16th day of February, 2022.

                              ENTER:

                              David A. Faber
                              Senior United States District Judge